IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-60901
_____

In re: ROBERT LENOIR,

        Movant

A True Copy
Certified order issued Jan 07, 2020

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

_____

Authorization to file Successive Habeas Corpus Petition

_____

CLERK'S OFFICE:

    Authorization to file a successive habeas corpus petition is dismissed for failure to comply with this Court's notice of December 6, 2019.

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

                By: _____
                Majella A. Sutton, Deputy Clerk

        ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

January 07, 2020

Mr. David Crews
Northern District of Mississippi, Aberdeen
United States District Court
301 W. Commerce Street
Aberdeen, MS 39730

    No. 19-60901   In re: Robert Lenoir
                      USDC No. 1:19-CV-209

Dear Mr. Crews,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Majella A. Sutton, Deputy Clerk
                              504-310-7680

cc:
    Mr. Robert Lenoir