# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-60901

In re: ROBERT LENOIR,

                Movant

**A True Copy**
**Certified order issued Mar 06, 2020**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

Motion for Permission to Proceed After Sanction

ORDER:

    Robert Lenoir, Mississippi prisoner # K1175, has filed a motion for permission to proceed after having been sanctioned and a motion for authorization to file a second or successive 28 U.S.C. § 2254 application challenging his conviction for murder for which he received a life sentence. Lenoir fails to raise a nonfrivolous issue for purposes of proceeding as a sanctioned litigant. *See Gelabert v. Lynaugh*, 894 F.2d 746, 748 (5th Cir. 1990). Accordingly, the motion to proceed is DENIED. Lenoir's motion for leave to file a successive § 2254 application is STRICKEN AS IMPROVIDENTLY FILED.

    In No. 14-60255, this court sanctioned Lenoir in the amount of $100 and barred him from filing in this court, or in any court subject to this court's jurisdiction, any challenge to his conviction or sentence until the sanction was paid in full, unless he first obtained leave of the court in which he sought to file the challenge. Additionally, Lenoir was warned that future frivolous or repetitive challenges to his conviction or sentence would subject him to additional and progressively more severe sanctions. The order in No. 14-60255 remains in effect. Lenoir nevertheless filed the instant frivolous motion.

Accordingly, it is ORDERED that an additional $250 sanction is imposed. Until all sanctions owed are paid, Lenoir is BARRED from filing any pleading or motion in this court, or any court subject to this court's jurisdiction, concerning the validity of his conviction or sentence, unless he first obtains leave from the court in which he seeks to file such a challenge. Lenoir is again CAUTIONED that his filing of frivolous pleadings or motions in the future will result in progressively more severe sanctions.

_____
DON R. WILLETT
UNITED STATES CIRCUIT JUDGE